UNITED STATES of America, Appellee,

v.

Sylvester PULLIAM, Appellant.

No. 03–2058.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 6, 2003.

Decided Nov. 12, 2003.

Paul W. Hahn, U.S. Attorney's Office, Cape Girardeau, MO, for Plaintiff–Appellee.

Sylvester Pulliam, pro se, Forrest City, AR, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Sylvester Pulliam appeals following the district court's * denial of Pulliam's motion to dismiss his two-count indictment for distributing cocaine base in violation of 21 U.S.C. § 841(a)(1), contending the district court erroneously declined to construe his motion as a notice of appeal under 18 U.S.C. § 3742(a). The district court did not commit error because Pulliam filed his motion two years after he was sentenced, which was too late for the timely filing of a notice of appeal. *See* Fed. R.App. P. 4(b)(1)(a)(i); *United States v. Auman,* 8

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

* The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

F.3d 1268, 1271 (8th Cir.1993) (district court does not have authority under § 3742 to review final sentence).

Accordingly, we affirm. *See* 8th Cir. R. 47B.